**Order entered March 17, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01427-CV

### TROY D. SHIELDS, JR., Appellant

### V.

### PATRICIA K. SHIELDS, Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-04278-C**

## ORDER

The reporter's record in this appeal has not been filed because the court reporter has not received a request that it be prepared. By letter filed March 9, 2020, appellant explains he has not been able to speak with the court reporter about the record and was told that a request would be presumed based on his indigence status.

We deem the reporter's record requested and **ORDER** Janet E. Wright, Official Court Reporter for County Court at Law No. 3, to file the record of the

trial court proceedings no later than April 15, 2020. Because the clerk's record reflects appellant filed a statement of inability to pay costs and nothing in the record reflects the trial court has ordered appellant to pay costs, the record shall be prepared without payment of the reporter's fees. *See* TEX. R. CIV. P. 145(a).

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Wright and the parties.

/s/    BILL WHITEHILL
       JUSTICE